UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:23-CR-011-P |
| Defendant: | Robert Stanfield |
| Interpreter: | n/a |
| Court Reporter: | Digital |
| US attorney: | Laura Montes — Levi Thomas for |
| Defense attorney: | John Eric Nickols |
| Time in Court: | 6 minutes |
| Judge: | Magistrate Judge Hal R. Ray, JR., |
| Date of hearing: | July 20, 2023 |
| Status: | The Defendant entered a plea of not guilty to the Indictment. Deft continued in custody |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information:

*Stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FILED JUL 20 2023, CLERK, U.S. DISTRICT COURT, By ___ Deputy*